In the Matter of the Accounting of PHŒBE A. D. BOYLE
et al., as Executors of JOHN BOYLE, Deceased.

JOHN H. B. BOYLE, Appellant; JOAB H. BANTON et al., as
Executors of JOHN NEUSCHELER, Deceased, Respondents.

*Matter of Boyle*, 151 App. Div. 568, affirmed.
(Argued February 28, 1913; decided April 4, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 21, 1912, which affirmed a decree of the Kings
County Surrogate's Court passing the accounts of the
executors of John Boyle, deceased; also appeal from an
order of said Appellate Division, entered June 21, 1912,
which affirmed an order of said Surrogate's Court deny-
ing a motion to resettle its decree in the above-entitled
proceeding.

*Louis Frankel* and *J. Holley Clark, Jr.*, for appellant.

*Eugene D. Boyer* and *Charles Strauss* for respondents.

Order affirmed, with costs; appeal from order denying motion for resettlement of decree dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not voting: WERNER, J.